In the Matter of CARLOS ABREU, Appellant, v HAWLEY VONCE, as Correction Nurse, et al., Respondents.

Decided January 18, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.